UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMIT SARKAR,

            Plaintiff,

        v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C,

            Defendant.

Case No. 19-cv-07315-SVK

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 9

Plaintiff reports that this case has settled. Dkt 9. All previously-scheduled deadlines and appearances are vacated.

By **February 11, 2020**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **February 18, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **February 11, 2020**, advising as to (1) the status of the parties' efforts to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: December 9, 2019

SUSAN VAN KEULEN
United States Magistrate Judge